■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SMITH, Appellant. [945 NYS2d 85]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered July 9, 2009, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony drug offender, to a term of 1½ years, unanimously affirmed.

The court properly denied defendant's suppression motion. The court credited the testimony of two police officers that defendant, upon becoming startled by their presence, spontaneously and voluntarily dropped a plastic bag containing crack cocaine, and there is no basis to disturb the court's credibility determinations (*see generally People v Prochilo*, 41 NY2d 759, 761 [1977]). There is nothing in the record to support the conclusion that the officers' testimony was tailored to meet constitutional objection (*see People v Harris*, 186 AD2d 390 [1992], *lv denied* 80 NY2d 1027 [1992]). Concur—Friedman, J.P., Sweeny, Renwick, Freedman and Abdus-Salaam, JJ.